# EXHIBIT C



# SAM3S

## Atmel | SMART ARM-based Flash MCU

**DATASHEET**

## Description

The Atmel® | SMART SAM3S series is a member of a family of Flash microcontrollers based on the high performance 32-bit ARM® Cortex®-M3 processor. It operates at a maximum speed of 64 MHz and features up to 256 Kbytes of Flash and up to 48 Kbytes of SRAM. The peripheral set includes a Full Speed USB Device port with embedded transceiver, a High Speed MCI for SDIO/SD/MMC, an External Bus Interface featuring a Static Memory Controller providing connection to SRAM, PSRAM, NOR Flash, LCD Module and NAND Flash, 2x USARTs, 2x UARTs, 2x TWIs, 3x SPI, an I2S, as well as 1 PWM timer, two 3-channel general-purpose 16-bit timers an RTC, an ADC, a 12-bit DAC and an analog comparator.

The SAM3S device is a medium range general purpose microcontroller with the best ratio in terms of reduced power consumption, processing power and peripheral set. This enables the SAM3S to sustain a wide range of applications including consumer, industrial control, and PC peripherals.

It operates from 1.62V to 3.6V and is available in 48-, 64- and 100-pin QFP, 48- and 64-pin QFN, and 100-pin TFBGA packages.

The SAM3S series is the ideal migration path from the SAM7S series for applications that require more performance.The SAM3S series is pin-to-pin compatible with the SAM3N, SAM4S series (64- and 100-pin versions) and SAM7S series (64-pin versions).

# Features

- Core
  - ARM® Cortex®-M3 revision 2.0 running at up to 64 MHz
  - Memory Protection Unit (MPU)
  - Thumb®-2 instruction set
- Pin-to-pin compatible with AT91SAM7S series (48- and 64-pin versions)
- Memories
  - From 64 to 256 Kbytes embedded Flash, 128-bit wide access, memory accelerator, single plane
  - From 16 to 48 Kbytes embedded SRAM
  - 16 Kbytes ROM with embedded bootloader routines (UART, USB) and IAP routines
  - 8-bit Static Memory Controller (SMC): SRAM, PSRAM, NOR and NAND Flash support
  - Memory Protection Unit (MPU)
- System
  - Embedded voltage regulator for single supply operation
  - Power-on-Reset (POR), Brown-out Detector (BOD) and Watchdog for safe operation
  - Quartz or ceramic resonator oscillators: 3 to 20 MHz main power with Failure Detection and optional low power 32.768 kHz for RTC or device clock
  - High precision 8/12 MHz factory trimmed internal RC oscillator with 4 MHz default frequency for device startup. In-application trimming access for frequency adjustment
  - Slow Clock Internal RC oscillator as permanent low-power mode device clock
  - Two PLLs up to 130 MHz for device clock and for USB
  - Temperature Sensor
  - Up to 22 peripheral DMA (PDC) channels
- Low Power Modes
  - Sleep and Backup modes, down to 1.8 µA in Backup mode
  - Ultra low power RTC
- Peripherals
  - USB 2.0 Device: 12 Mbps, 2668 byte FIFO, up to 8 bidirectional Endpoints. On-Chip Transceiver
  - Up to 2 USARTs with ISO7816, IrDA®, RS-485, SPI, Manchester and Modem Mode
  - Two 2-wire UARTs
  - Up to 2 Two Wire Interface (I2C compatible), 1 SPI, 1 Serial Synchronous Controller (I2S), 1 High Speed Multimedia Card Interface (SDIO/SD Card/MMC)
  - Up to two 3-channel 16-bit Timer Counters with capture, waveform, compare and PWM mode. Quadrature Decoder Logic and 2-bit Gray Up/Down Counter for Stepper Motor
  - 4-channel 16-bit PWM with Complementary Output, Fault Input, 12-bit Dead Time Generator Counter for Motor Control
  - 32-bit Real-time Timer and RTC with calendar and alarm features
  - Up to 15-channel, 1Msps ADC with differential input mode and programmable gain stage
  - One 2-channel 12-bit 1Msps DAC
  - One Analog Comparator with flexible input selection, Selectable input hysteresis
  - 32-bit Cyclic Redundancy Check Calculation Unit (CRCCU)
  - Write Protected Registers



- I/O
    - Up to 79 I/O lines with external interrupt capability (edge or level sensitivity), debouncing, glitch filtering and on-die Series Resistor Termination
    - Three 32-bit Parallel Input/Output Controllers, Peripheral DMA assisted Parallel Capture Mode
- Packages
    - 100-lead LQFP, 14 x 14 mm, pitch 0.5 mm/100-ball TFBGA, 9 x 9 mm, pitch 0.8 mm
    - 64-lead LQFP, 10 x 10 mm, pitch 0.5 mm/64-pad QFN 9x9 mm, pitch 0.5 mm
    - 48-lead LQFP, 7 x 7 mm, pitch 0.5 mm/48-pad QFN 7x7 mm, pitch 0.5 mm



# 1. Configuration Summary

The SAM3S microcontrollers differ in memory size, package and features list. Table 1-1 below summarizes the configurations of the device family

**Table 1-1. Configuration Summary**

| Device | Flash | SRAM | Timer Counter Channels | GPIOs | UART/ USARTs | ADC | 12-bit DAC Output | External Bus Interface | HSMCI | Package |
|---|---|---|---|---|---|---|---|---|---|---|
| SAM3S4C | 256 Kbytes single plane | 48 Kbytes | 6 | 79 | 2/2[1] | 15 ch. | 2 | 8-bit data, 4 chip selects, 24-bit address | 1 port 4 bits | LQFP100 TFBGA100 |
| SAM3S4B | 256 Kbytes single plane | 48 Kbytes | 6[2] | 47 | 2/2[1] | 10 ch. | 2 | - | 1 port 4 bits | LQFP64 QFN 64 |
| SAM3S4A | 256 Kbytes single plane | 48 Kbytes | 6[2] | 34 | 2/1 | 8 ch. | - | - | - | LQFP48 QFN 48 |
| SAM3S2C | 128 Kbytes single plane | 32 Kbytes | 6 | 79 | 2/2[1] | 15 ch. | 2 | 8-bit data, 4 chip selects, 24-bit address | 1 port 4 bits | LQFP100 TFBGA100 |
| SAM3S2B | 128 Kbytes single plane | 32 Kbytes | 6[2] | 47 | 2/2[1] | 10 ch. | 2 | - | 1 port 4 bits | LQFP64 QFN 64 |
| SAM3S2A | 128 Kbytes single plane | 32 Kbytes | 6[2] | 34 | 2/1 | 8 ch. | - | - | - | LQFP48 QFN 48 |
| SAM3S1C | 64 Kbytes single plane | 16 Kbytes | 6 | 79 | 2/2[1] | 15 ch. | 2 | 8-bit data, 4 chip selects, 24-bit address | 1 port 4 bits | LQFP100 TFBGA100 |
| SAM3S1B | 64 Kbytes single plane | 16 Kbytes | 6[2] | 47 | 2/2[1] | 10 ch. | 2 | - | 1 port 4 bits | LQFP64 QFN 64 |
| SAM3S1A | 64 Kbytes single plane | 16 Kbytes | 6[2] | 34 | 2/1 | 8 ch. | - | - | - | LQFP48 QFN 48 |

Notes: 1. Full Modem support on USART1.

2. Three TC channels are reserved for internal use.

## 2. Block Diagram

**Figure 2-1.    SAM3S 100-pin Version Block Diagram**





# PAGES 6-19 INTENTIONALLY OMITTED FOR THE CONVENIENCE OF THE COURT

# 5. Power Considerations

## 5.1 Power Supplies

The SAM3S product has several types of power supply pins:

- VDDCORE pins: Power the core, the embedded memories and the peripherals. Voltage ranges from 1.62V to 1.95V.
- VDDIO pins: Power the Peripherals I/O lines (Input/Output Buffers); USB transceiver; Backup part, 32 kHz crystal oscillator and oscillator pads; ranges from 1.62V to 3.6V.
- VDDIN pin: Voltage Regulator Input, ADC, DAC and Analog Comparator Power Supply; Voltage ranges from 1.8V to 3.6V
- VDDPLL pin: Powers the PLLA, PLLB, the Fast RC and the 3 to 20 MHz oscillator; voltage ranges from 1.62V to 1.95V.

## 5.2 Power-up Considerations

### 5.2.1 VDDIO Versus VDDCORE

VDDIO must always be higher than or equal to VDDCORE.

VDDIO must reach its minimum operating voltage (1.62 V) before VDDCORE has reached the following thresholds:

- the minimum $V_{T+}$ of the core power supply brownout detector (1.36 V)
- the minimum value of $t_{RST}$ (100 µs)

If VDDCORE rises at the same time as VDDIO, the VDDIO rising slope must be higher than or equal to 5 V/ms.

If VDDCORE is powered by the internal regulator, all power-up considerations are met.

**Figure 5-1. VDDCORE and VDDIO Constraints at Startup**

#### 5.2.2 VDDIO Versus VDDIN

At power-up, VDDIO needs to reach 0.6 V before VDDIN reaches 1.0 V.

VDDIO voltage needs to be equal to or below (VDDIN voltage + 0.5 V).

### 5.3 Voltage Regulator

The SAM3S embeds a voltage regulator that is managed by the Supply Controller.

This internal regulator is intended to supply the internal core of SAM3S. It features two different operating modes:

- In Normal mode, the voltage regulator consumes less than 700 µA static current and draws 80 mA of output current. Internal adaptive biasing adjusts the regulator quiescent current depending on the required load current. In Wait Mode quiescent current is only 7 µA.
- In Backup mode, the voltage regulator consumes less than 1 µA while its output (VDDOUT) is driven internally to GND. The default output voltage is 1.80V and the start-up time to reach Normal mode is inferior to 100 µs.

For adequate input and output power supply decoupling/bypassing, refer to the "Voltage Regulator" section in the "Electrical Characteristics" section of the datasheet.

### 5.4 Typical Powering Schematics

The SAM3S supports a 1.62V-3.6V single supply mode. The internal regulator input connected to the source and its output feeds VDDCORE. Figure 5-2 shows the power schematics.

As VDDIN powers the voltage regulator, the ADC/DAC and the analog comparator, when the user does not want to use the embedded voltage regulator, it can be disabled by software via the SUPC (note that it is different from Backup mode).

**Figure 5-2. Single Supply**

Note: For USB, VDDIO needs to be greater than 3.0V.
For ADC, VDDIN needs to be greater than 2.0V.
For DAC, VDDIN needs to be greater than 2.4V.



## 5.5 Active Mode

Active mode is the normal running mode with the core clock running from the fast RC oscillator, the main crystal oscillator or the PLLA. The power management controller can be used to adapt the frequency and to disable the peripheral clocks.

## 5.6 Low Power Modes

The various low power modes of the SAM3S are described below:

### 5.6.1 Backup Mode

The purpose of backup mode is to achieve the lowest power consumption possible in a system which is performing periodic wake-ups to perform tasks but not requiring fast startup time (<0.1ms). Total current consumption is 3 µA typical.

The Supply Controller, zero-power power-on reset, RTT, RTC, Backup registers and 32 kHz oscillator (RC or crystal oscillator selected by software in the Supply Controller) are running. The regulator and the core supply are off.

Backup mode is based on the Cortex-M3 deepsleep mode with the voltage regulator disabled.

The SAM3S can be awakened from this mode through WKUP0-15 pins, the supply monitor (SM), the RTT or RTC wake-up event.

Backup mode is entered by using WFE instructions with the SLEEPDEEP bit in the System Control Register of the Cortex-M3 set to 1. (See the Power management description in The ARM Cortex-M3Processor section of the product datasheet).

Exit from Backup mode happens if one of the following enable wake up events occurs:

- WKUPEN0-15 pins (level transition, configurable debouncing)
- Supply Monitor alarm
- RTC alarm
- RTT alarm

### 5.6.2 Wait Mode

The purpose of the wait mode is to achieve very low power consumption while maintaining the whole device in a powered state for a startup time of less than 10 µs. Current Consumption in Wait mode is typically 15 µA (total current consumption) if the internal voltage regulator is used or 8 µA if an external regulator is used.

In this mode, the clocks of the core, peripherals and memories are stopped. However, the core, peripherals and memories power supplies are still powered. From this mode, a fast start up is available.

This mode is entered via Wait for Event (WFE) instructions with LPM = 1 (Low Power Mode bit in PMC_FSMR). The Cortex-M3 is able to handle external events or internal events in order to wake-up the core (WFE). This is done by configuring the external lines WKUP0-15 as fast startup wake-up pins (refer to Section 5.8 "Fast Startup"). RTC or RTT Alarm and USB wake-up events can be used to wake up the CPU (exit from WFE).

Entering Wait Mode:

- Select the 4/8/12 MHz fast RC oscillator as Main Clock
- Set the LPM bit in the PMC Fast Startup Mode Register (PMC_FSMR)
- Execute the Wait-For-Event (WFE) instruction of the processor

Note: Internal Main clock resynchronization cycles are necessary between the writing of MOSCRCEN bit and the effective entry in Wait mode. Depending on the user application, Waiting for MOSCRCEN bit to be cleared is recommended to ensure that the core will not execute undesired instructions.

The bit MOSCRCEN should be automatically set to '0'. So you have to add after this instruction the following: while (MOSCRCEN ==0); so that you are sure to stay in the loop until you awake from the wait mode. In that case you



# PAGES 24-237 INTENTIONALLY OMITTED FOR THE CONVENIENCE OF THE COURT

## 15.5 Functional Description

The RTC provides a full binary-coded decimal (BCD) clock that includes century (19/20), year (with leap years), month, date, day, hours, minutes and seconds.

The valid year range is 1900 to 2099 in Gregorian mode, a two-hundred-year calendar.

The RTC can operate in 24-hour mode or in 12-hour mode with an AM/PM indicator.

Corrections for leap years are included (all years divisible by 4 being leap years). This is correct up to the year 2099.

### 15.5.1 Reference Clock

The reference clock is Slow Clock (SLCK). It can be driven internally or by an external 32.768 kHz crystal.

During low power modes of the processor, the oscillator runs and power consumption is critical. The crystal selection has to take into account the current consumption for power saving and the frequency drift due to temperature effect on the circuit for time accuracy.

### 15.5.2 Timing

The RTC is updated in real time at one-second intervals in normal mode for the counters of seconds, at one-minute intervals for the counter of minutes and so on.

Due to the asynchronous operation of the RTC with respect to the rest of the chip, to be certain that the value read in the RTC registers (century, year, month, date, day, hours, minutes, seconds) are valid and stable, it is necessary to read these registers twice. If the data is the same both times, then it is valid. Therefore, a minimum of two and a maximum of three accesses are required.

### 15.5.3 Alarm

The RTC has five programmable fields: month, date, hours, minutes and seconds.

Each of these fields can be enabled or disabled to match the alarm condition:

- If all the fields are enabled, an alarm flag is generated (the corresponding flag is asserted and an interrupt generated if enabled) at a given month, date, hour/minute/second.
- If only the “seconds” field is enabled, then an alarm is generated every minute.

Depending on the combination of fields enabled, a large number of possibilities are available to the user ranging from minutes to 365/366 days.

### 15.5.4 Error Checking

Verification on user interface data is performed when accessing the century, year, month, date, day, hours, minutes, seconds and alarms. A check is performed on illegal BCD entries such as illegal date of the month with regard to the year and century configured.

If one of the time fields is not correct, the data is not loaded into the register/counter and a flag is set in the validity register. The user can not reset this flag. It is reset as soon as an acceptable value is programmed. This avoids any further side effects in the hardware. The same procedure is done for the alarm.

The following checks are performed:

1. Century (check if it is in range 19 - 20)
2. Year (BCD entry check)
3. Date (check range 01 - 31)
4. Month (check if it is in BCD range 01 - 12, check validity regarding “date”)
5. Day (check range 1 - 7)



# PAGES 239-792 INTENTIONALLY OMITTED FOR THE CONVENIENCE OF THE COURT

# 36. High Speed MultiMedia Card Interface (HSMCI)

## 36.1 Description

The High Speed MultiMedia Card Interface (HSMCI) supports the MultiMedia Card (MMC) Specification V4.3, the SD Memory Card Specification V2.0, the SDIO V2.0 specification and CE-ATA V1.1.

The HSMCI includes a command register, response registers, data registers, timeout counters and error detection logic that automatically handle the transmission of commands and, when required, the reception of the associated responses and data with a limited processor overhead.

The HSMCI supports stream, block and multi block data read and write, and is compatible with the Peripheral DMA Controller (PDC) Channels, minimizing processor intervention for large buffer transfers.

The HSMCI operates at a rate of up to Master Clock divided by 2 and supports the interfacing of 1 slot(s). Each slot may be used to interface with a High Speed MultiMediaCard bus (up to 30 Cards) or with an SD Memory Card. Only one slot can be selected at a time (slots are multiplexed). A bit field in the SD Card Register performs this selection.

The SD Memory Card communication is based on a 9-pin interface (clock, command, four data and three power lines) and the High Speed MultiMedia Card on a 7-pin interface (clock, command, one data, three power lines and one reserved for future use).

The SD Memory Card interface also supports High Speed MultiMedia Card operations. The main differences between SD and High Speed MultiMedia Cards are the initialization process and the bus topology.

HSMCI fully supports CE-ATA Revision 1.1, built on the MMC System Specification v4.0. The module includes dedicated hardware to issue the command completion signal and capture the host command completion signal disable.

## 36.2 Embedded Characteristics

- 4-bit or 1-bit Interface
- Compatibility with MultiMedia Card Specification Version 4.3
- Compatibility with SD and SDHC Memory Card Specification Version 2.0
- Compatibility with SDIO Specification Version V2.0.
- Compatibility with CE-ATA Specification 1.1
- Cards clock rate up to Master Clock divided by 2
- Boot Operation Mode support
- High Speed mode support
- Embedded power management to slow down clock rate when not used
- HSMCI has one slot supporting
  – One MultiMediaCard bus (up to 30 cards) or
  – One SD Memory Card
  – One SDIO Card
- Support for stream, block and multi-block data read and write



# PAGES 794-1105 INTENTIONALLY OMITTED FOR THE CONVENIENCE OF THE COURT

# Table of Contents

**Description** . . . 1

**Features** . . . 2

**1. Configuration Summary** . . . 4

**2. Block Diagram** . . . 5

**3. Signal Description** . . . 8

**4. Package and Pinout** . . . 13
- 4.1 SAM3S4/S2/S1C Package and Pinout . . . 13
- 4.2 SAM3S4/S2/S1B Package and Pinout . . . 16
- 4.3 SAM3S4/2/1A Package and Pinout . . . 18

**5. Power Considerations** . . . 20
- 5.1 Power Supplies . . . 20
- 5.2 Power-up Considerations . . . 20
- 5.3 Voltage Regulator . . . 21
- 5.4 Typical Powering Schematics . . . 21
- 5.5 Low Power Modes . . . 23
- 5.6 Wake-up Sources . . . 26
- 5.7 Fast Startup . . . 26

**6. Input/Output Lines** . . . 28
- 6.1 General Purpose I/O Lines . . . 28
- 6.2 System I/O Lines . . . 28
- 6.3 Test Pin . . . 30
- 6.4 NRST Pin . . . 30
- 6.5 ERASE Pin . . . 30

**7. Product Mapping** . . . 31

**8. Memories** . . . 32
- 8.1 Embedded Memories . . . 32
- 8.2 External Memories . . . 34

**9. System Controller** . . . 35
- 9.1 System Controller and Peripherals Mapping . . . 35
- 9.2 Power-on-Reset, Brownout and Supply Monitor . . . 35

**10. Peripherals** . . . 36
- 10.1 Peripheral Identifiers . . . 36
- 10.2 APB/AHB bridge . . . 37
- 10.3 Peripheral Signal Multiplexing on I/O Lines . . . 37

**11. ARM Cortex® M3 Processor** . . . 41
- 11.1 About this section . . . 41
- 11.2 About the Cortex-M3 processor and core peripherals . . . 41
- 11.3 Programmers model . . . 43



11.4 Memory model. . . . . . . . . . 54
11.5 Exception model . . . . . . . . . . 61
11.6 Fault handling . . . . . . . . . . 68
11.7 Power management . . . . . . . . . . 70
11.8 Instruction set summary . . . . . . . . . . 72
11.9 Intrinsic functions. . . . . . . . . . 75
11.10 About the instruction descriptions . . . . . . . . . . 76
11.11 Memory access instructions . . . . . . . . . . 84
11.12 General data processing instructions . . . . . . . . . . 100
11.13 Multiply and divide instructions . . . . . . . . . . 114
11.14 Saturating instructions. . . . . . . . . . 118
11.15 Bitfield instructions . . . . . . . . . . 120
11.16 Branch and control instructions . . . . . . . . . . 124
11.17 Miscellaneous instructions . . . . . . . . . . 132
11.18 About the Cortex-M3 peripherals . . . . . . . . . . 145
11.19 Nested Vectored Interrupt Controller. . . . . . . . . . 146
11.20 System control block . . . . . . . . . . 158
11.21 System timer, SysTick. . . . . . . . . . 187
11.22 Memory protection unit . . . . . . . . . . 192
11.23 Glossary . . . . . . . . . . 205

**12. Debug and Test Features** . . . . . . . . . . 209
12.1 Description . . . . . . . . . . 209
12.2 Embedded Characteristics . . . . . . . . . . 209
12.3 Application Examples . . . . . . . . . . 210
12.4 Debug and Test Pin Description . . . . . . . . . . 211
12.5 Functional Description. . . . . . . . . . 212

**13. Reset Controller (RSTC)** . . . . . . . . . . 217
13.1 Description . . . . . . . . . . 217
13.2 Block Diagram. . . . . . . . . . 217
13.3 Functional Description. . . . . . . . . . 217
13.4 Reset Controller (RSTC) User Interface . . . . . . . . . . 224

**14. Real-time Timer (RTT)** . . . . . . . . . . 228
14.1 Description . . . . . . . . . . 228
14.2 Embedded Characteristics . . . . . . . . . . 228
14.3 Block Diagram. . . . . . . . . . 228
14.4 Functional Description. . . . . . . . . . 229
14.5 Real-time Timer (RTT) User Interface. . . . . . . . . . 231

**15. Real-time Clock (RTC)** . . . . . . . . . . 236
15.1 Description . . . . . . . . . . 236
15.2 Embedded Characteristics . . . . . . . . . . 236
15.3 Block Diagram. . . . . . . . . . 237
15.4 Product Dependencies . . . . . . . . . . 237
15.5 Functional Description. . . . . . . . . . 238
15.6 Real Time Clock (RTC) User Interface . . . . . . . . . . 241

**16. Watchdog Timer (WDT)** . . . . . . . . . . 254
16.1 Description . . . . . . . . . . 254
16.2 Embedded Characteristics . . . . . . . . . . 254



16.3 Block Diagram . . . . . 254
16.4 Functional Description . . . . . 255
16.5 Watchdog Timer (WDT) User Interface . . . . . 257

**17. Supply Controller (SUPC)** . . . . . 261
17.1 Description . . . . . 261
17.2 Embedded Characteristics . . . . . 261
17.3 Block Diagram . . . . . 262
17.4 Supply Controller Functional Description . . . . . 263
17.5 Supply Controller (SUPC) User Interface . . . . . 269

**18. General Purpose Backup Registers (GPBR)** . . . . . 278
18.1 Description . . . . . 278
18.2 Embedded Features . . . . . 278
18.3 General Purpose Backup Registers (GPBR) User Interface . . . . . 278

**19. Enhanced Embedded Flash Controller (EEFC)** . . . . . 280
19.1 **Description.** . . . . . 280
19.2 Product Dependencies . . . . . 280
19.3 Functional Description . . . . . 280
19.4 Enhanced Embedded Flash Controller (EEFC) User Interface . . . . . 291

**20. Fast Flash Programming Interface (FFPI)** . . . . . 296
20.1 Description . . . . . 296
20.2 Parallel Fast Flash Programming . . . . . 296

**21. Cyclic Redundancy Check Calculation Unit (CRCCU)** . . . . . 308
21.1 Description . . . . . 308
21.2 Embedded Characteristics . . . . . 308
21.3 CRCCU Block Diagram . . . . . 308
21.4 Product Dependencies . . . . . 309
21.5 CRCCU Functional Description . . . . . 309
21.6 Transfer Control Registers Memory Mapping . . . . . 310
21.7 Cyclic Redundancy Check Calculation Unit (CRCCU) User Interface . . . . . 314

**22. SAM3S Boot Program** . . . . . 330
22.1 Description . . . . . 330
22.2 Hardware and Software Constraints . . . . . 330
22.3 Flow Diagram . . . . . 330
22.4 Device Initialization . . . . . 331
22.5 SAM-BA Monitor . . . . . 332

**23. Bus Matrix (MATRIX)** . . . . . 336
23.1 Description . . . . . 336
23.2 Embedded Characteristics . . . . . 336
23.3 Memory Mapping . . . . . 337
23.4 Special Bus Granting Techniques . . . . . 337
23.5 Arbitration . . . . . 338
23.6 System I/O Configuration . . . . . 339
23.7 Write Protect Registers . . . . . 340
23.8 Bus Matrix (MATRIX) User Interface . . . . . 341

**24. Static Memory Controller (SMC)** . . . . . 349



24.1 Description . . . . . . 349
24.2 Embedded Characteristics . . . . . . 349
24.3 I/O Lines Description . . . . . . 350
24.4 Product Dependencies . . . . . . 350
24.5 External Memory Mapping . . . . . . 351
24.6 Connection to External Devices . . . . . . 352
24.7 Application Example . . . . . . 353
24.8 Standard Read and Write Protocols . . . . . . 356
24.9 Scrambling/Unscrambling Function. . . . . . . 364
24.10 Automatic Wait States. . . . . . . 364
24.11 Data Float Wait States . . . . . . 369
24.12 External Wait. . . . . . . 373
24.13 Slow Clock Mode. . . . . . . 379
24.14 Asynchronous Page Mode . . . . . . 381
24.15 Static Memory Controller (SMC) User Interface . . . . . . 384

**25. Peripheral DMA Controller (PDC)** . . . . . . 395
25.1 Description . . . . . . 395
25.2 Embedded Characteristics . . . . . . 395
25.3 Block Diagram. . . . . . . 396
25.4 Functional Description. . . . . . . 397
25.5 Peripheral DMA Controller (PDC) User Interface . . . . . . 399

**26. Clock Generator** . . . . . . 410
26.1 Description . . . . . . 410
26.2 Embedded Characteristics . . . . . . 410
26.3 Block Diagram. . . . . . . 411
26.4 Slow Clock. . . . . . . 411
26.5 Main Clock. . . . . . . 412
26.6 Divider and PLL Block. . . . . . . 415

**27. Power Management Controller (PMC)** . . . . . . 418
27.1 Description . . . . . . 418
27.2 Embedded Characteristics . . . . . . 418
27.3 Block Diagram. . . . . . . 419
27.4 Master Clock Controller. . . . . . . 419
27.5 Processor Clock Controller . . . . . . 420
27.6 SysTick Clock . . . . . . 420
27.7 USB Clock Controller . . . . . . 420
27.8 Peripheral Clock Controller . . . . . . 421
27.9 Free Running Processor Clock . . . . . . 421
27.10 Programmable Clock Output Controller . . . . . . 421
27.11 Fast Startup. . . . . . . 421
27.12 Main Crystal Clock Failure Detector . . . . . . 422
27.13 Programming Sequence . . . . . . 423
27.14 Clock Switching Details . . . . . . 425
27.15 Write Protection Registers. . . . . . . 429
27.16 Power Management Controller (PMC) User Interface . . . . . . 430

**28. Chip Identifier (CHIPID)** . . . . . . 460
28.1 Description . . . . . . 460
28.2 Chip Identifier (CHIPID) User Interface . . . . . . 461



**29. Parallel Input/Output Controller (PIO)** . . . . . 467
29.1 Description . . . . . 467
29.2 Embedded Characteristics . . . . . 467
29.3 Block Diagram . . . . . 468
29.4 Product Dependencies . . . . . 469
29.5 Functional Description . . . . . 469
29.6 I/O Lines Programming Example . . . . . 481
29.7 Parallel Input/Output Controller (PIO) User Interface . . . . . 482

**30. Synchronous Serial Controller (SSC)** . . . . . 539
30.1 Description . . . . . 539
30.2 **Embedded Characteristics** . . . . . 539
30.3 Block Diagram . . . . . 540
30.4 Application Block Diagram . . . . . 540
30.5 Pin Name List . . . . . 541
30.6 Product Dependencies . . . . . 541
30.7 Functional Description . . . . . 541
30.8 SSC Application Examples . . . . . 552
30.9 Synchronous Serial Controller (SSC) User Interface . . . . . 555

**31. Serial Peripheral Interface (SPI)** . . . . . 582
31.1 Description . . . . . 582
31.2 Embedded Characteristics . . . . . 582
31.3 Block Diagram . . . . . 583
31.4 Application Block Diagram . . . . . 583
31.5 Signal Description . . . . . 584
31.6 Product Dependencies . . . . . 584
31.7 Functional Description . . . . . 584
31.8 Serial Peripheral Interface (SPI) User Interface . . . . . 599

**32. Two-wire Interface (TWI)** . . . . . 615
32.1 Description . . . . . 615
32.2 Embedded Characteristics . . . . . 615
32.3 List of Abbreviations . . . . . 616
32.4 Block Diagram . . . . . 616
32.5 Application Block Diagram . . . . . 617
32.6 Product Dependencies . . . . . 617
32.7 Functional Description . . . . . 618
32.8 Master Mode . . . . . 618
32.9 Multi-master Mode . . . . . 631
32.10 Slave Mode . . . . . 634
32.11 Two-wire Interface (TWI) User Interface . . . . . 642

**33. Universal Asynchronous Receiver Transceiver (UART)** . . . . . 657
33.1 Description . . . . . 657
33.2 Embedded Characteristics . . . . . 657
33.3 Block Diagram . . . . . 658
33.4 Product Dependencies . . . . . 658
33.5 UART Operations . . . . . 658
33.6 Universal Asynchronous Receiver Transmitter (UART) User Interface . . . . . 664

**34. Universal Synchronous Asynchronous Receiver Transmitter (USART)** . . . . . 675



34.1 Description . . . . . 675
34.2 Embedded Characteristics . . . . . 675
34.3 Block Diagram. . . . . 676
34.4 Application Block Diagram . . . . . 677
34.5 I/O Lines Description . . . . . 678
34.6 Product Dependencies . . . . . 679
34.7 Functional Description. . . . . 679
34.8 Universal Synchronous Asynchronous Receiver Transmitter (USART) User Interface . . . . . 715

**35. Timer Counter (TC)** . . . . . 744
35.1 Description . . . . . 744
35.2 Embedded Characteristics . . . . . 744
35.3 Block Diagram. . . . . 745
35.4 Pin Name List . . . . . 746
35.5 Product Dependencies . . . . . 746
35.6 Functional Description. . . . . 746
35.7 Timer Counter (TC) User Interface . . . . . 766

**36. High Speed MultiMedia Card Interface (HSMCI)** . . . . . 793
36.1 Description . . . . . 793
36.2 Embedded Characteristics . . . . . 793
36.3 Block Diagram. . . . . 794
36.4 Application Block Diagram . . . . . 795
36.5 Pin Name List . . . . . 795
36.6 Product Dependencies . . . . . 796
36.7 Bus Topology . . . . . 796
36.8 High Speed MultiMedia Card Operations . . . . . 798
36.9 SD/SDIO Card Operation . . . . . 806
36.10 CE-ATA Operation . . . . . 806
36.11 HSMCI Boot Operation Mode . . . . . 808
36.12 HSMCI Transfer Done Timings . . . . . 809
36.13 Write Protection Registers. . . . . 810
36.14 Hig Speed MultiMedia Card Interface (HSMCI) User Interface. . . . . 811

**37. Pulse Width Modulation Controller (PWM)** . . . . . 840
37.1 Description . . . . . 840
37.2 Embedded Characteristics . . . . . 840
37.3 Block Diagram. . . . . 841
37.4 I/O Lines Description . . . . . 841
37.5 Product Dependencies . . . . . 842
37.6 Functional Description. . . . . 842
37.7 Pulse Width Modulation (PWM) Controller User Interface . . . . . 872

**38. USB Device Port (UDP)** . . . . . 920
38.1 Description . . . . . 920
38.2 Embedded Characteristics . . . . . 920
38.3 Block Diagram. . . . . 921
38.4 Product Dependencies . . . . . 922
38.5 Typical Connection . . . . . 923
38.6 Functional Description. . . . . 924
38.7 USB Device Port (UDP) User Interface. . . . . 938



**39. Analog Comparator Controller (ACC)** . . . . . 957
39.1 Description . . . . . 957
39.2 Embedded Characteristics . . . . . 957
39.3 Block Diagram . . . . . 958
39.4 Pin Name List . . . . . 958
39.5 Product Dependencies . . . . . 959
39.6 Functional Description . . . . . 960
39.7 Analog Comparator Controller (ACC) User Interface . . . . . 961

**40. Analog-to-Digital Converter (ADC)** . . . . . 972
40.1 Description . . . . . 972
40.2 Embedded Characteristics . . . . . 972
40.3 Block Diagram . . . . . 973
40.4 Signal Description . . . . . 973
40.5 Product Dependencies . . . . . 973
40.6 Functional Description . . . . . 974
40.7 Analog-to-Digital Converter (ADC) User Interface . . . . . 984

**41. Digital-to-Analog Converter Controller (DACC)** . . . . . 1008
41.1 Description . . . . . 1008
41.2 Embedded Characteristics . . . . . 1008
41.3 Block Diagram . . . . . 1009
41.4 Signal Description . . . . . 1009
41.5 Product Dependencies . . . . . 1010
41.6 Functional Description . . . . . 1011
41.7 Digital-to-Analog Converter (DACC) User Interface . . . . . 1014

**42. SAM3S4/2/1 Electrical Characteristics** . . . . . 1030
42.1 Absolute Maximum Ratings . . . . . 1030
42.2 DC Characteristics . . . . . 1031
42.3 Power Consumption . . . . . 1037
42.4 Crystal Oscillators Characteristics . . . . . 1045
42.5 PLLA, PLLB Characteristics . . . . . 1052
42.6 USB Transceiver Characteristics . . . . . 1053
42.7 12-Bit ADC Characteristics . . . . . 1055
42.8 12-Bit DAC Characteristics . . . . . 1060
42.9 Analog Comparator Characteristics . . . . . 1062
42.10 Temperature Sensor . . . . . 1062
42.11 AC Characteristics . . . . . 1063

**43. SAM3S4/2/1 Mechanical Characteristics** . . . . . 1083
43.1 100-lead LQFP Mechanical Characteristics . . . . . 1083
43.2 100-ball TFBGA Mechanical Characteristics . . . . . 1084
43.3 64- and 48-lead LQFP Mechanical Characteristics . . . . . 1085
43.4 64- and 48-lead QFN Mechanical Characteristics . . . . . 1088
43.5 Soldering Profile . . . . . 1090
43.6 Packaging Resources . . . . . 1090

**44. Ordering Information** . . . . . 1091

**45. Marking** . . . . . 1093

**46. SAM3S Series Errata** . . . . . 1094

46.1 Errata Revision A Parts . . . . . . . . . . 1094
46.2 Errata Revision B Parts . . . . . . . . . . 1097

**Revision History** . . . . . . . . . . 1098

**Table of Contents** . . . . . . . . . . 1106



**Atmel Corporation** 1600 Technology Drive, San Jose, CA 95110 USA **T:** (+1)(408) 441.0311 **F:** (+1)(408) 436.4200 | **www.atmel.com**

© 2015 Atmel Corporation. / Rev.: Atmel-6500F-ATARM-SAM-3S4-3S2-3S1-Datasheet_13-Feb-15.

Atmel®, Atmel logo and combinations thereof, Enabling Unlimited Possibilities®, and others are registered trademarks or trademarks of Atmel Corporation in U.S. and other countries. ARM®, ARM Connected® logo, and others are the registered trademarks or trademarks of ARM Ltd. . Windows® is a registered trademark of Microsoft Corporation in U.S. and or other countries. Other terms and product names may be trademarks of others.

DISCLAIMER: The information in this document is provided in connection with Atmel products. No license, express or implied, by estoppel or otherwise, to any intellectual property right is granted by this document or in connection with the sale of Atmel products. EXCEPT AS SET FORTH IN THE ATMEL TERMS AND CONDITIONS OF SALES LOCATED ON THE ATMEL WEBSITE, ATMEL ASSUMES NO LIABILITY WHATSOEVER AND DISCLAIMS ANY EXPRESS, IMPLIED OR STATUTORY WARRANTY RELATING TO ITS PRODUCTS INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. IN NO EVENT SHALL ATMEL BE LIABLE FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, PUNITIVE, SPECIAL OR INCIDENTAL DAMAGES (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS AND PROFITS, BUSINESS INTERRUPTION, OR LOSS OF INFORMATION) ARISING OUT OF THE USE OR INABILITY TO USE THIS DOCUMENT, EVEN IF ATMEL HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. Atmel makes no representations or warranties with respect to the accuracy or completeness of the contents of this document and reserves the right to make changes to specifications and products descriptions at any time without notice. Atmel does not make any commitment to update the information contained herein. Unless specifically provided otherwise, Atmel products are not suitable for, and shall not be used in, automotive applications. Atmel products are not intended, authorized, or warranted for use as components in applications intended to support or sustain life.

SAFETY-CRITICAL, MILITARY, AND AUTOMOTIVE APPLICATIONS DISCLAIMER: Atmel products are not designed for and will not be used in connection with any applications where the failure of such products would reasonably be expected to result in significant personal injury or death ("Safety-Critical Applications") without an Atmel officer's specific written consent. Safety-Critical Applications include, without limitation, life support devices and systems, equipment or systems for the operation of nuclear facilities and weapons systems. Atmel products are not designed nor intended for use in military or aerospace applications or environments unless specifically designated by Atmel as military-grade. Atmel products are not designed nor intended for use in automotive applications unless specifically designated by Atmel as automotive-grade.